KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

*FILED IN THE UNITED STATES BANKRUPTCY COURT*
*2010 MAR 10 AM 11:38*
*DISTRICT OF UTAH*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| JUSTIN G. WOOD<br>TAWNY J. WOOD | Bankruptcy No. 08-27496 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On October 28, 2009, Check # 111, in the amount of $78.35 was issued to AFNI/Verizon.

2. Said check was not cashed by the payee.

3. The unclaimed funds are on deposit in JP Morgan Chase Bank, Account # 312220630666.

4. The last known name and address of the payee, to which the check was sent, is as follows:

> AFNI/Verizson
> 404 Brock Dr.
> P.O. Box 3097
> Bloomington IL 61701

5. A check in the amount of $78.35, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _____ day of _____, 2010.

_____
KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _5_ day of _March_ , 2010 .

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____

2